**Electronically Filed**
**Supreme Court**
**SCWC-29892**
**18-MAY-2011**
**10:40 AM**

SCWC-29892

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CITY AND COUNTY OF HONOLULU,
Respondent/Plaintiff/Appellee,

vs.

JAMES M. SMITH and ROBERT H. LEE,
Petitioners/Defendants/Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 08-1-0192)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])

The Application for Writ of Certiorari filed on

April 12, 2011 by James M. Smith and Robert H. Lee,

Petitioners/Defendants/Appellants, is hereby rejected.

---

[1] Considered by: Nakayama, Acting C.J., Acoba and McKenna JJ., and Circuit Judge Lee, in place of Rectenwald, C.J., recused, and Circuit Judge Nishimura, in place of Duffy, J., recused.

DATED: Honolulu, Hawai'i, May 18, 2011.

FOR THE COURT:

/s/ Sabrina S. McKenna

Associate Justice

Of Counsel:
MEHEULA & DEVENS, LLP
VLADIMIR DEVENS
WILLIAM MEHEULA

AITCHISON & VICK, INC.
WILLIAM AITCHISON (Pro Hac Vice)
Attorneys for Petitioners/Defendants/Appellants
JAMES M. SMITH and ROBERT H. LEE